UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

APPLIED INDUSTRIAL TECHNOLOGIES, INC., : 04 CV 3552 (ARR)

                Plaintiff, : <u>NOT FOR PUBLICATION</u>

  -against- :

                                                     : <u>OPINION AND ORDER</u>

ABEC INDUSTRIES, INC., 189 PASSAIC REALTY
CORP., and JOSEPH REUBEN UNGAR,

                Defendants. X

-------------------------------------------------------------------

ROSS, United States District Judge:

      By letter dated April 12, 2005, defendant ABEC Industries, Inc. requested permission to bring a motion to vacate the default judgment entered against it on October 6, 2004. The court directs that defendant's motion shall be briefed according to the following schedule: the motion and supporting papers, if any, shall be served no later than May 18, 2005; plaintiff's response and supporting papers, if any, shall be served no later than June 1, 2005; and defendant's reply, if any, shall be served no later than June 8, 2005. The fully briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than June 8, 2005. This schedule may be altered only with the permission of the Court.

SO ORDERED.

                                                                    _____
                                                                    Allyne R. Ross
                                                                    United States District Judge

Dated: April 20, 2005
          Brooklyn, New York

SERVICE LIST:

Attorney for Plaintiff
Barry M. Benjamin
Pitney Hardin LLP
7 Times Square
New York, NY 10036

Attorney for Defendants
Craig Ian Gardy
Bruce Montague & Associates
845 Third Avenue
20th Floor
New York, NY 10022