UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

APPLIED INDUSTRIAL TECHNOLOGIES, INC.,

                Plaintiff,

-against-

ABEC INDUSTRIES, INC., 189 PASSAIC REALTY
CORP., AND JOSEPH REUBEN UNGAR,

                Defendants.
---------------------------------------------------------------- X

04 CV 3522 (ARR)

**NOT FOR ELECTRONIC OR PRINT PUBLICATION**

**OPINION AND ORDER**

ROSS, United States District Judge:

By papers dated December 20, 2004, plaintiff moved for a default judgment against defendant 189 Passaic Realty Corp. ("189 Passaic"). As recounted in the court's June 20, 2005 order, counsel filed a notice of appearance on behalf of 189 Passaic on April 7, 2005. Counsel thereafter filed an answer to the complaint on April 12, 2005. The court thus denies plaintiff's motion for a default judgment against 189 Passaic.

SO ORDERED.

                                            Allyne R. Ross
                                            United States District Judge

Dated: July 21, 2005
        Brooklyn, New York

SERVICE LIST:

<u>Attorney for Plaintiff</u>
Barry M. Benjamin
Pitney Hardin LLP
7 Times Square
New York, NY 10036

<u>Attorney for Defendants</u>
Craig Ian Gardy
Bruce Montague & Associates
845 Third Avenue
20th Floor
New York, NY 10022