UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

APPLIED INDUSTRIAL TECHNOLOGIES, INC.,

               Plaintiff,

    -against-

ABEC INDUSTRIES, INC., 189 PASSAIC REALTY
CORP., and JOSEPH REUBEN UNGAR,

               Defendants.
---------------------------------------------------------------- X

04 CV 3552 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

By letter dated August 2, 2005, plaintiff Applied Industrial Technologies, Inc. requested permission to bring a motion for summary judgment. The court directs that plaintiff's motion shall be briefed according to the following schedule: the motion and supporting papers, if any, shall be served no later than September 2, 2005; plaintiff's response and supporting papers, if any, shall be served no later than September 16, 2005; and defendant's reply, if any, shall be served no later than September 23, 2005. The fully briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than September 23, 2005. This schedule may be altered only with the permission of the Court.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: August 5, 2005
       Brooklyn, New York

SERVICE LIST:

<u>Attorney for Plaintiff</u>
Barry M. Benjamin
Pitney Hardin LLP
7 Times Square
New York, NY 10036

<u>Attorney for Defendants</u>
Craig Ian Gardy
Bruce Montague & Associates
845 Third Avenue
20th Floor
New York, NY 10022