```
-----------------------------------X
APPLIED INDUSTRIAL TECHNOLOGIES, INC.,        04-CV-3552 (ARR)

                        Plaintiff,            STIPULATION OF
        -against-                             DISMISSAL AND
                                              VACATUR OF
ABEC INDUSTRIES, INC., 189 PASSAIC REALTY     JUDGMENT
CORP., AND JOSEPH REUBEN UNGAR,

                        Defendants.
-----------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's motion for summary judgment against Defendants Joseph Reuben Ungar and 189 Passaic Realty Corp. is hereby withdrawn; and it is further

STIPULATED AND AGREED that the Judgment entered in favor of Plaintiff and against Defendant Abec Industries, Inc. shall be vacated on consent; and it is further

STIPULATED AND AGREED that this action has been and hereby is dismissed. This Stipulation is without costs or attorneys' fees to any party hereto as against the other.

Dated:  New York, New York
        November 4, 2005

PITNEY HARDIN LLP                    JOSEPH REUBEN UNGAR
Attorneys for Plaintiff              Defendant *pro se*

By: _____          By: _____
    BARRY M. BENJAMIN                    Joseph Reuben Ungar
    7 Times Square                       1286 E. 22nd Street
    New York, NY 10036                   Brooklyn, NY 11210
    (212) 297-5800

So ordered.                          , USDJ
                                     11/8/05