Plaintiff,

    -against-

ABEC INDUSTRIES, INC., 189 PASSAIC REALTY
CORP., AND JOSEPH REUBEN UNGAR,

                  Defendants.

**STIPULATION OF
DISMISSAL AND
VACATUR OF
JUDGMENT**

-------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED** that Plaintiff's motion for summary

judgment against Defendants Joseph Reuben Ungar and 189 Passaic Realty Corp. is hereby

withdrawn; and it is further

        **STIPULATED AND AGREED** that the Judgment entered in favor of Plaintiff and

against Defendant Abec Industries, Inc. shall be vacated on consent; and it is further

        **STIPULATED AND AGREED** that this action has been and hereby is dismissed.  This

Stipulation is without costs or attorneys' fees to any party hereto as against the other.

Dated:    New York, New York
          November 4, 2005

PITNEY HARDIN LLP
Attorneys for Plaintiff

JOSEPH REUBEN UNGAR
Defendant *pro se*

By: _____
    BARRY M. BENJAMIN
    7 Times Square
    New York, NY 10036
    (212) 297-5800

By: _____
    Joseph Reuben Ungar
    1286 E. 22nd Street
    Brooklyn, NY 11210

So ordered.
11/10/05

, USDJ